United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2186
_____

Larry Gene Critel,      *
     *
        Appellant,     *
     *   Appeal from the United States
      v.          *   District Court for the
     *   District of Nebraska.
Lyle J. Koenig,      *
     *       [UNPUBLISHED]
       Appellee.      *

_____

Submitted: October 2, 1997
Filed: October 7, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Larry Critel appeals from a final order of the District Court,[1] dismissing his complaint without prejudice for failing to comply with a court order. After carefully reviewing the record, we affirm the District Court's judgment. See 8th Cir. R. 47B.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.